IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil No.   13-cv-073-CJP |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

### ORDER for ATTORNEY'S FEES

**PROUD, Magistrate Judge:**

Before the Court is the parties' Joint Stipulation for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act.   **(Doc. 32).**

The parties have agreed that plaintiff is entitled to an award of fees, costs and expenses in the amount of $6,500.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).

The Court finds that plaintiff is the prevailing party and is entitled to an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.

The parties' Joint Stipulation **(Doc. 32)** is **GRANTED**.   The Court awards plaintiff Ronald Anderson the sum of **$6,500.00** for attorney's fees, costs and expenses pursuant to the Equal Access to Justice Act.   These funds shall be payable to plaintiff, per *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   However, in

1

accordance with the parties' agreement, any part of the award that is not subject to set-off to pay plaintiff's pre-existing debt to the United States shall be made payable to plaintiff's attorney pursuant to the EAJA assignment previously executed by plaintiff and his attorney.

**IT IS SO ORDERED.**

**DATE:   December 24, 2014.**


**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**